| | |
|---|---|
| JASON GAO,<br><br>              Plaintiff,<br><br>    v.<br><br>D. MARROQUIN, *et al.*,<br><br>              Defendants. | Case No. 1:19-cv-00438-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 13) |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jason Gao is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2019, the Court screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable claim for retaliation in violation of the First Amendment against Defendant Marroquin, but failed to state any other cognizable claims against any other defendants. (ECF No. 11.) The Court ordered Plaintiff to either file a second amended complaint or notify the Court in writing of his willingness to proceed only on the claim found cognizable by the Court. (Id.)

On January 3, 2020, Plaintiff notified the Court of his willingness to proceed only on the cognizable retaliation claim against Defendant Marroquin identified by the Court. (ECF No. 12.)

///

1

On January 9, 2020, the assigned Magistrate Judge issued findings and recommendations recommending that this action proceed on Plaintiff's first amended complaint against Defendant Marroquin, in her individual capacity, for retaliation in violation of the First Amendment, and that all other claims and defendants be dismissed from the action. (ECF No. 13.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 7-8.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 9, 2020, (ECF No. 13), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed on October 7, 2019, (ECF No. 9,) against Defendant Marroquin, in her individual capacity, for retaliation in violation of the First Amendment;
3. All other claims and defendants are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 30, 2020**    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2