# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZHANG GAO,<br><br>  Plaintiff,<br><br>  v.<br><br>MARROQUIN, *et al.*,<br><br>  Defendants. | Case No.  1:19-cv-00438-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 30)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Jason Zhang Gao ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Marroquin ("Defendant") for retaliation in violation of the First Amendment.  All parties have consented to United States Magistrate Judge jurisdiction.  (ECF No. 29.)

On October 21, 2020, Defendant filed a motion for summary judgment.  (ECF No. 30.)  In the motion, Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment.  Woods v. Carey, 684 F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir. 1988).  (ECF No. 30-1.)  Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of no opposition was therefore due on or before November 16, 2020.  The deadline for Plaintiff to respond to Defendant's motion for summary judgment has expired, and

he has not otherwise been in contact with the Court.  Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute.  Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's October 21, 2020, motion for summary judgment.  **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **November 30, 2020**            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

2